**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Diana Gonnelly, | : |
|  | : |
|  | : |
|  | : |
| Plaintiff, | : Civil Action No.:  CV 11-0716-IJP |
| v. | : |
|  | : |
| Sunrise Credit Services, Inc.; and DOES 1-10, inclusive, | : |
|  | : |
|  | : |
|  | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.


Dated: March 23, 2011


                                        Respectfully submitted,

                                        PLAINTIFF, Diana Gonnelly

                                        /s/ Sergei Lemberg

                                        Sergei Lemberg, Esq. (SL 6331)
                                        **LEMBERG & ASSOCIATES L.L.C.**
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (877) 795-3666
                                        slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on March 23, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By <u>/s/ Sergei Lemberg        </u>

Sergei Lemberg
